# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 6/18/18  DAY: Monday  START TIME: 8:30 a.m.  TOTAL HOURS: 6'30"
JUDGE/MAG.: James D. Peterson  CLERK: jef  REPORTER: JD
PROBATION OFFICER: _____  INTERPRETER: _____  SWORN: YES ☐  NO ☐
CASE NUMBER: 16-cv-832-jdp  CASE NAME: Joey Howell v. Shawn Gallinger

**APPEARANCES:**
PLAINTIFF(S): Joey Howell

DEFENDANT(S): Shawn Gallinger
AAG Rachel Bachhuber

PROCEEDINGS: Pretrial conference, jury selection, trial, deliberations and verdict in favor of defendant.

### PLAINTIFF(S) WITNESS
1. Shawn Gallinger
2. Heidi Brown
3. Joey Howell

### DEFENDANT(S) WITNESS
1. Heidi Brown
2. Shawn Gallinger
3. Sonya Anderson

### PLAINTIFF(S) DISPOSITIVE MOTION(S)
1. _____  GRANTED ☐  DENIED ☐  U/A ☐
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

### DEFENDANT(S) DISPOSITIVE MOTION(S)
1. Motion for a directed verdict  GRANTED ☐  DENIED ☐  U/A ☒
2. _____  GRANTED ☐  DENIED ☐  U/A ☐
3. _____  GRANTED ☐  DENIED ☐  U/A ☐

1ST BREAK: 11:05 a.m.  RESUME: 11:25 a.m.  2ND BREAK: 12:25 p.m.  RESUME: 1:35 p.m.
3RD BREAK: 3:25 p.m.  RESUME: 3:50 p.m.  4TH BREAK: 4:45 p.m.  RESUME: 5:40 p.m.
ADJOURNMENT: 5:45 p.m.