IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEY HOWELL,

    Plaintiff,

v.

SHAWN GALLINGER, HEIDI BROWN,
CRAIG TOM and PSYCHOLOGIST MINK,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-832-jdp

---

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1)    in favor of defendant Shawn Gallinger in accordance with the jury's verdict;

(2)    denying plaintiff Joey Howell leave to proceed and dismissing his claim against defendant Psychologist Mink; and

(3)    granting summary judgment in favor of defendants Heidi Brown and Craig Tom and dismissing this case.

Approved as to form this 20TH day of June, 2018.

_____
James D. Peterson
District Judge

_____    6/20/18
Peter Oppeneer, Clerk of Court    Date